Form Number LR 3015-1 A (12/15)

# FIRST AMENDED CHAPTER 13 PLAN

Case No.: **17-81680**

Debtor(s): **Kimberly Ann Blankenship**  SS#: **xxx-xx-5278**  Net Monthly Earnings: **417.94**
SS#:   Number of Dependents: **0**

1. Plan Payments:
   (    ) Debtor(s) propose to pay direct a total of $ _____  ☐ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly into the plan; or
   ( **X** ) Payroll deduction Order: To **Southern Energy** for
   $ **445.00*** ☐ weekly ☐ bi-weekly ☐ semi-monthly ☑ monthly.

   Length of plan is **60** months, and the total debt to be paid through the plan is $ **26,837.00**.

   ☑ Chapter 13 filing fees will be paid through the chapter 13 trustee assigned to the case.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

   A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

   The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| -NONE- | | | |

   B. Total Attorney Fee: $ **3,000.00** ; **$225.00** paid pre-petition.

   C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

   1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular Payment to be Paid (check box) | Regular Payments to begin: Month/Year | Arrears to be paid by Trustee | Months Included in Arrearage Amt. | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| **Roundpoint Mortgage** | $36,287.00 | ☐ by Trustee ☑ by Debtor $526.00 | 7/2017 | $4,268.00 | | 5.25% | $93.00 |

   2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed Payments | Fixed Payment to Begin (Month/Year) |
|---|---|---|---|---|---|---|---|---|
| **Family Security Credit** | $120.00 | $12,052.00 | $12,000.00 | $0.00 | 2013 Chevy Cruze | 5.25% | $262.00 | |
| **Farmers Furniture** | $18.00 | $1,800.00 | $500.00 | $0.00 | Sofa, chair | 5.25% | $43.00 | |

III. Other debts (**not shown in 1 or 2 above**) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| -NONE- | | | | |

IV. Special Provisions (check all applicable boxes):

   ☐ This is an original plan.
   ☑ This is an amended plan replacing plan dated **6/6/2017**.
   ☑ This plan proposes to pay unsecured creditors **PRO RATA**.
   ☐ Debtor assumes/rejects lease and/or executory contract with _____.
   ☑ Other Provisions:
   **Special Intentions:**
   ***In addition to the $582.00 per month Debtor has paid to Trustee, Debtor's payment will be $445.00 per month, beginning August 2017 and continuing for 59 months**

   **United Consumer Financial Services: Debtor is surrendering the Property, a Kirby Vacuum Cleaner, to Creditor in full satisfaction of the secured claim. Creditor shall be allowed an unsecured claim for the deficiency balance owed.**

Form Number LR 3015-1 A (12/15)
Attorney for Debtor Name/Address/Telephone #

**Richard L. Collins ASB-8742-C66R**

**P O Box 669**
**Cullman, AL 35056**

Telephone #   **(256) 739-1962**

Dated:   **August 4, 2017**

**/s/ Kimberly Ann Blankenship**
**Kimberly Ann Blankenship**
Signature of Debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

## United States Bankruptcy Court
### Northern District of Alabama

In re **Kimberly Ann Blankenship**  
Debtor(s)

Case No. **17-81680**  
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **August 4, 2017**, a copy of **First Amended Ch 13 Plan** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**SEE ATTACHED CREDITOR MAILING MATRIX**

/s/ Richard L. Collins  
**Richard L. Collins ASB-8742-C66R**  
**Richard L. Collins Attorney at Law**  
**P O Box 669**  
**Cullman, AL 35056**  
**(256) 739-1962 Fax:(866) 528-9546**  
**richard@rlcollins.com**

```
Label Matrix for local noticing          FAMILY SECURITY CREDIT UNION            (p)FARMERS FURNITURE
1126-8                                   c/o Leonard N. Math                     ATTN CORPORATE CREDIT DEPT
Case 17-81680-CRJ13                      Chambless Math & Carr, P.C.             PO BOX 1140
NORTHERN DISTRICT OF ALABAMA             PO Box 230759                           DUBLIN GA 31040-1140
Decatur                                  Montgomery, AL 36123-0759
Fri Aug  4 13:56:47 CDT 2017

Farmers Furniture                        United Consumer Financial Serv.         U. S. Bankruptcy Court
c/o Parnell & Parnell, P.A.              Bass & Associates, P.C.                 400 Well Street
P.O. Box 2189                            3936 E. Ft. Lowell Rd, Suite 200        P. O. Box 2775
Montgomery, AL 36102-2189                Tucson, AZ 85712-1083                   Decatur, AL 35602-2775


Decatur Morgan General                   (p)DIRECTV LLC                          ERC/Enhanced Recovery Corp
P O Box 2239                             ATTN BANKRUPTCIES                       8014 Bayberry Rd
Decatur, AL 35609-2239                   PO BOX 6550                             Jacksonville, FL 32256-7412
                                         GREENWOOD VILLAGE CO 80155-6550


Family Security Credit                   Farmers Furniture - Hartselle, AL       Franklin Collection Service, Inc
2204 Family Security Pl                  Attn: Corporate Credit                  Po Box 3910
Decatur, AL 35603-5500                   P.O. Box 1140                           Tupelo, MS 38803-3910
                                         Dublin, GA 31040-1140


Lifeguard Ambulance                      REGIONAL MANAGEMENT CORPORATION         Regional Finance
109 College St NW                        979 BATESVILLE ROAD, SUITE B            587 Hwy 31 Nw #A
Hartselle, AL 35640-2357                 GREER, SC 29651-6819                    Hartselle, AL 35640-4470


Roundpoint Mortgage                      Sun Loan Company #22                    United Collection Serv
5032 Parkway Plaza Blvd                  2222 6th Ave Se Ste B                   106 Commerce St Ste 101
Charlotte, NC 28217-1934                 Decatur, AL 35601-6512                  Lake Mary, FL 32746-6217


United Consumer Financial Services       Kimberly Ann Blankenship                Michele T. Hatcher
865 Bassett Rd                           32 West 1st St                          Chapter 13 Trustee
Westlake, OH 44145-1194                  Falkville, AL 35622-5043                P.O. Box 2388
                                                                                 Decatur, AL 35602-2388


Richard L Collins
Richard L. Collins - Attorney at Law
P O Box 669
Cullman, AL 35056-0669
```

              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Farmers Furniture                        Direct TV                               (d)Farmers Furniture
Attn: Corporate Credit                   P O Box 6550                            P O Box 1140
P.O. Box 1140                            Greenwood Village, CO 80155-6550        Dublin, GA 31040
Dublin, GA 31040-1140
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)EMBRACE HOME LOANS, INC.	(u)ROUNDPOINT MORTGAGE SERVICING CORPORATION	End of Label Matrix
	Mailable recipients	21
	Bypassed recipients	 2
	Total	23